# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| FREDERICK BANKS and KENNETH POSNER, | : : : |
| Plaintiffs, | : : |
| v. | :   CASE NO.: 1:15-CV-0027 (LJA) : |
| NEW YORK POLICE DEPARTMENT, et. al.,[1] | : : : |
| Defendants. | : : |

## ORDER

Plaintiffs Frederick Banks and Kenneth Posner, have filed a *pro se* "Indictment and Petition for a Writ of Mandamus Complaint" in this Court, which is construed to be a 42 U.S.C. § 1983 complaint seeking money damages and injunctive relief. Plaintiffs' claims, however, arise from events that transpired in New York, Missouri, and Pennsylvania, and the defendants are also located there. No events giving rise to this suit occurred in the Middle District of Georgia; nor do Plaintiffs identify the residence of any named defendant as being in the Middle District of Georgia. This Court is thus not the proper forum for this case. *See* 28 U.S.C. § 1391(b).

In the interest of justice, the Court will transfer this case to the court in which venue would be proper. *See* 28 U.S.C. § 1406(a). The Clerk of Court shall accordingly transfer this action and all pending motions to the United States District Court for the Western District of

---

1. Plaintiffs named more than seventy-five defendants in the caption of the Complaint. For the purpose of judicial economy, only those defendants relevant to Plaintiffs' claims, as articulated claims in the body of the Complaint, were included on the docket.

Pennsylvania.

**SO ORDERED**, this   19th   day of February, 2015.

                                         /s/Leslie J. Abrams
                                        **LESLIE J. ABRAMS, JUDGE**
                                        **UNITED STATES DISTRICT COURT**

jlr